# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

_____ DIVISION

| | |
|---|---|
| Melaine Wilson )<br>547 BIA 28 )<br>Wounded Knee, SD 57794 )<br> )<br>(Enter the full name of the Plaintiff[s] in this action) )<br> )<br>vs. )<br> )<br>Oglala Sioux Tribe Election Commission )<br>P.O.Box 2070 )<br>Pine Ridge, S.D. 57770 )<br> )<br> )<br> )<br>(Enter the full name of **ALL** Defendant[s] in this )<br>action. Fed. R. Civ. P. 10(a) requires that the )<br>caption of the complaint include the names of all )<br>the parties.  Merely listing one party and "et al." is )<br>insufficient.  Please attach additional sheets if )<br>necessary.) ) | Case No<u>5:22-cv-5095</u><br>(To be assigned by<br>Clerk of District Court) |

## COMPLAINT

I.    State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):
I have invoked my 1868 Fort Laramie Treaty Rights-Article 1 to have Department of Interior Investigate and Prosecute for Oglala Sioux Tribe Election Commission Civil Rights Abuse.  The Oglala Sioux Tribe Council is both the Legislative and Judicial Authorities and have allowed the Oglala Sioux Tribe Election Commission to break rules, such as Challenge Votes and using Pencils.  This makes it appear that there is Fraud happening with our Votes. They also use the Enrollment Office to verify Address on Challenge Votes, meaning ALL ENROLLED MEMBERS CAN VOTE without Residency Requirements by OST Constitution

1

II.    Plaintiff, Melaine R. Wilson _____ resides at

547 BIA 28 _____
(street address)
Wounded Knee _____ , Oglala _____ ,
(city)                        (county)
South Dakota ____ , 57794 , 605-867-6990 _____
(state)        (zip)    (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
As a Former (Warranted by Congress) Contingency Contracting
Officer- it is my Lifelong Duty to Protect Federal Monies, Lands,
and Assets from Fraud, Waste and Abuse. _____
_____
_____
_____
_____
_____

III.    Defendant, OST Election Commission resides at, or its business is located at

P.O. Box 2070 _____
(street address)
Pine Ridge _____ , _____ ,
(city)                        (county)
South Dakota ____ , 57770 , 6058675266 _____
(state)        (zip)    (telephone number)
(If more than one defendant, provide the same information for each defendant below)
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The initial vetting process to authorize enrolled members who are running for Office is to make sure they know that they are subject to the Bureau of Indian Affairs Uniformed Commercial Codes and the Oglala Sioux Tribe Uniformed Commercial Codes.

V. Relief (State briefly and exactly what you want the Court to do for you.)

Transparency of Votes as they are supposed to be and not with pencils and Challenge Votes of Enrolled Members who aren't even living on the Reservation.

3

VI.   **MONEY DAMAGES:**

    **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        **YES [    ]**               **NO [X ]**

    **B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        **YES [X ]**               **NO [    ]**

VIII.   Are you requesting a Jury Trial?

        **YES [    ]**               **NO [X ]**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this <u>2</u>   day of <u>December</u>  , 20<u>22</u>

                                 *Melaine R Wilson*

                                 _____

                                 _____

                             Signature of Plaintiff[s]

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Melaine R. Wilson<br>547 BIA 28<br>Wounded Knee, SD 57794 | Oglala Sioux Tribe Election Commisssion<br>P.O.Box 2070<br>Pine Ridge, South Dakota 57770 |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1   U.S. Government
Plaintiff

❑ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government
Defendant

❑ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place<br>of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a<br>Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - | of Property 21 USC 881 | ❑ 423 Withdrawal | ❑ 376 Qui Tam (31 USC |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Product Liability | ❑ 690 Other | 28 USC 157 | 3729(a)) |
| ❑ 140 Negotiable Instrument | Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted | Liability | ❑ 368 Asbestos Personal | | ❑ 835 Patent - Abbreviated | ❑ 460 Deportation |
| Student Loans | ❑ 340 Marine | Injury Product | | New Drug Application | ❑ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❑ 345 Marine Product | Liability | | ❑ 840 Trademark | Corrupt Organizations |
| ❑ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | ❑ 371 Truth in Lending | Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ |
| ❑ 190 Other Contract | Product Liability | ❑ 380 Other Personal | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | Exchange |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Property Damage | Relations | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | Injury | ❑ 385 Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| | ❑ 362 Personal Injury - | Product Liability | ❑ 751 Family and Medical | | ❑ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❑ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement | ❑ 870 Taxes (U.S. Plaintiff | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ☒ 441 Voting | ❑ 463 Alien Detainee | Income Security Act | or Defendant) | ❑ 899 Administrative Procedure |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | Act/Review or Appeal of |
| ❑ 240 Torts to Land | ❑ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❑ 245 Tort Product Liability | Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | |
| | Other | ❑ 550 Civil Rights | Actions | | |
| | ❑ 448 Education | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

❑ 2 Removed from
State Court

❑ 3 Remanded from
Appellate Court

❑ 4 Reinstated or
Reopened

❑ 5 Transferred from
Another District
*(specify)*

❑ 6 Multidistrict
Litigation -
Transfer

❑ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Acquistion Regulation Part 3-Bad Business Practices

Brief description of cause:
Fraud, Waste and Abuse

## VII. REQUESTED IN
COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❑ Yes   ☒ No

## VIII. RELATED CASE(S)
IF ANY

*(See instructions):*
JUDGE _____         DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____