2 December 2022

Your Honor,

I, Melaine Wilson, graciously request that because of my health (70% Disabled by Veterans Affairs) and especially my Safety, that I be allowed to be on the phone for Hearings and Court Matters. I was in 2 Civil Suits on 17 November 2022 in Pine Ridge Court and one of the Plaintiffs (Loren "Big Bat" Pourier) came at me shaking his finger in my face, stating "I never done nothing to you!", then over to my boyfriend and did the same shaking of his finger in James Adams face, stating, "And I never done nothing to you!".

*Melaine R. Wilson*
Melaine Wilson

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) WILSON MELAINE ROSE | 2. DEPARTMENT, COMPONENT AND BRANCH AIR FORCE–REGAF | 3. SOCIAL SECURITY NUMBER 503 94 2881 |
|---|---|---|
| 4a. GRADE, RATE OR RANK TSGT | b. PAY GRADE E6 | 5. DATE OF BIRTH (YYYYMMDD) 19690318 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) N/A |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY SIOUX FALLS SD | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) RAPID CITY SD |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 21 CONTRACTING SQ (SPC) | b. STATION WHERE SEPARATED RANDOLPH AFB TX |
| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE [ ] NONE AMOUNT: $400,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 6C071, CONTRACTING CRAFTSMAN, 4 YEARS AND 8 MONTHS; 3M071, SERVICES CRAFTSMAN, 14 YEARS AND 1 MONTH | 12. RECORD OF SERVICE | YEAR(S) | MONTHS(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1989 | APR | 28 |
| | b. SEPARATION DATE THIS PERIOD | 2008 | APR | 08 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 18 | 11 | 11 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 19 |
| | f. FOREIGN SERVICE | 02 | 00 | 08 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2003 | MAR | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Air Force Commendation Medal, Air Force Achievement Medal with 5 oak leaf clusters, AF Outstanding Unit Award with 3 oak leaf clusters, AF Good Conduct Medal with 5 oak leaf clusters, National Defense Service Medal with 1 service star, Armed Forces Expeditionary Medal, Southwest Asia Service Medal with 1 service star, Global War On //See Remarks// | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) AF TRNG CRS, JUN 2007; PRINCIPLES OF CONTRACT PRICING, MAR 2005; PRINCIPLES OF CONTRACT PRICING, MAR 2005; NCO ACADEMY, JUL 2004; CONTRACTING APPRENTICE, JUL 2003; PHOENIX READINESS SERVICES COURSE, MAY 2002; AF TRNG CRS, FEB 2000; SERVICES MANAGEMENT CRAFTSMAN, AUG 1999; AIRMAN LEADERSHIP SCHOOL, SEP 1992; FITNESS SPECIALIST, //SEE REMARKS// |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |
| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |

18. REMARKS
ITEM 13: Terrorism Expeditionary Medal, Global War on Terrorism Service Medal, Armed Forces Service Medal, AF Overseas Ribbon Short, AF Longevity Service with 3 oak leaf clusters, USAF NCO PME Graduate Ribbon with 1 oak leaf cluster, AF Training Ribbon, NATO Medal (Wear first NATO medal awarded.). ITEM 14: JUL 1991; BASIC MILITARY TRAINING, JUN 1989.
————————NOTHING FOLLOWS————————

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 120 ELY WIDEFIELD CO 80911 | b. NEAREST RELATIVE (Name and address - include ZIP Code) SUMMER RAIN SMITH 120 ELY WIDEFIELD CO 80911 |
|---|---|
| 20. MEMBER REQUESTS COPY 6 BE SENT TO   CO   DIRECTOR OF VETERANS AFFAIRS | X YES   NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED MEMBER NOT AVAILABLE TO SIGN | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) MELODY TALLEY-WILSON, TSGT, USAF RETIREMENTS DOCUMENTATION BRANCH |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|
| 25. SEPARATION AUTHORITY AFI 36-3212 | 26. SEPARATION CODE SFJ | 27. REENTRY CODE 2Q |
| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, PERMANENT | |
| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4 (Initials) N/A |

DD FORM 214-AUTOMATED, FEB 2000      PREVIOUS EDITION IS OBSOLETE      MEMBER-4