Intellectual Property AND Property Lien against:

Oglala Sioux Tribe Election Committee $55 Billion

AND Government Accountability Office

AND Department of Interior

AND Bureau of Indian Affairs


State of South Dakota

Counties of Oglala, Jackson, and Bennett


Notice is hereby given that on March 18, 1969, Melaine R. Wilson, of 547 BIA 28 Wounded Knee, South Dakota 57794, an Enrolled Oglala Lakota, commenced being Oglala Lakota in the County of Oglala, formerly Shannon County. Federal Monies, to include GAO 638 Contract Federal Funds, should be available for Reconciliation Accountability for the Enrolled Oglala Sioux Tribal Members (Approximately 40,000 People) as to how different colors of monies (Services, Construction, Supply, Research) are being used in their 54 Communities across the Pine Ridge Indian Reservation plus the 55th Community of Off Reservation Enrolled Oglala Lakota's. At this time, Enrolled Oglala Sioux Tribe Members do not have access to Financial Information (638 GAO Contract Funds Appropriated by United States Congress of the American Tax Payer Money and their Tribal Official Ethics Conflict of Interest Business Ownings breaking the Hatch Act) and Travel Information using Federal Vehicles and Federal Dollars on Oglala Sioux Tribe Council Members.


This Intellectual Property Lien and Property Lien is to include the following: Oglala Sioux Tribe 638 General Accountability Office Contract Fund Election Committee POSITIONS and Possessions. I Request GAO to Freeze all 638 GAO Contract Election Committee Funds, until all Election Committee Members are cleared by the FBI and GAO and DOI from conducting Bad Business Practices with the 638 GAO Contract Funds that were meant to help ALL Oglalas by not following up with their OST Ordinances, such as Home Address Verification. I have found one OST Council Member that has 6 Off Reservation Addresses that are Active.

Problem:

Oglala Sioux Tribe Council collectively has allowed Oglala Sioux Tribe Council Members to be from out of District and in some cases, out of State and still be an OST Council Member. Some OST Council Members have their residences in other Districts other than the one they Represent. Calculated moves.

Problem:

The Oglala Sioux Tribe Election Committee has several OST Council Members who are using the Committee POSITIONS for their own Personal Businesses, and only their own. Hemp and Cannabis Business License Complaints to follow.

1

*Charge all Court Costs, Court Fees, Attorney Costs, and Attorney Fees for Plantiff to GAO : Comp-23-000306*

Claimant:

*Melaine R. Wilson*   Date: 11 May 2022

Melaine R. Wilson, M.A.(Dr.), M.A.

Response required by Federal Law per the Standard Form 95 is 42 Calendar Days from receipt of Claimants Lien. This date will be the date this package was hand delivered to the Oglala Sioux Tribe Secretary's Office.

**(Attachment A)**

Dr. Melaine R. Wilson, Claimant, being first duly sworn on oath according to law, deposes and says:

I have read the foregoing Intellectual Property Lien and Property Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

Oglala Sioux Tribe Election Committee ALL POSITIONS for 55 Communities @ $55 Billion

Total  All POSITIONS                =$55 Billion

Release of Claims:

I, Dr. Melaine R. Wilson, will provide a Release of Claims for each POSITION as I complete my Local Market Analysis to help the Oglala Sioux Tribe United States Veterans get a fair start at Business Building. Most First Term Oglala Sioux Tribe Council Members have not broken the Hatch Act of 1939 nor Department of Interior Order 1912 and do not serve in Both Positions of Gate Keeper and Recipient. There is a question of being on the Board of Directors (BOD's) for Oglala Lakota Housing (and other BOD's), but that is to be answered by the Office of Inspector General, Contract Law {Request date of 14 June 2022 cob to melainewilson7@gmail.com and Attachment }.

_Melaine R. Wilson_    Date: _11 May 2022_

Melaine R. Wilson, M.A.{Dr.}, M.A

547 BIA 28

Wounded Knee, South Dakota 57794

605-890-3510

Subscribed and sworn to before on this _11th_ day of _May_, 20_22_.

_Bechi Cedar Face_

Notary Public

State of South Dakota

My Commission Expires: _09.04.25_

4

**(Attachment B)**

Receipt Date by Oglala Sioux Tribe Secretary's Office:

_Melaine Wilson_                    _11 May 2022_
Printed Name of Courier             Date

_Hand Delivered_                    _11 May 2022_
Oglala Sioux Tribe Secretary's Office Representative    Date

**Attachment C**

United States Government Accountability Office

441 G St., NW

Washington, DC 20548

(202) 512-3000

contact@gao.gov

Department of Interior

Secretary Haaland

1849 C Street, N.W.

Washington DC 20240

(202) 208-3100

Bureau of Indian Affairs

Department of the Interior

1849 C Street, N.W.

MS-4606

Washington, D.C. 20240

Telephone: (202) 208-5116

Oglala Sioux Tribe

Secretary's Office

Stacy Two Lance

P.O. Box 2070

Pine Ridge, S.D. 57770

Courtesy Copy Sent To:

Secretary of Defense Inspector General

1000 Defense Pentagon

Washington, DC 20301

Phone: 800-424-9098


Federal Bureau of Investigation

Rapid City South Dakota FBI Office

909 West Saint Joseph Street, 400

Rapid, South Dakota, 57701

605-343-6932


Abernathy Law Office

Rex Abernathy Attorney

9982 Commerce St.

Summerville, GA 30747

rexabernathylaw@gmail.com

Office: (706) 808-0331

Fax: (706) 808-0472


The Claimant's original contract amount, including extras, totals $55 Billion. To date, the Claimant has received payment in the amount of $0.00 leaving a remaining balance of $55 Billion. For this reason, the Claimant claims an Intellectual Property Lien on 21 Oglala Sioux Tribal Election Committee Member POSITIONS of $55 Billion upon the Pine Ridge Indian Reservation Oglala Sioux Tribe Council, Department of Interior-Bureau of Indian Affairs, Government Accounting Office, Oglala Sioux Tribe Finance Accounting Office on behalf of the Enrolled Oglala Sioux Tribal Members.