

Dr. Melaine Wilson  
547 BIA 28  
Wounded Knee, SD 57794

23 September 2022

U.S. Department of the Interior  
Office of Inspector General  
1849 C Street NW - Mail Stop 4428  
Washington, D.C. 20240

Complaint #20 Oglala Sioux Tribe Election Commission

1. Subject Information: Oglala Sioux Tribe Election Commission Cycle 2020-2022 AND 2022-2024.

2. Victim Information:

   All Enrolled Oglala Sioux Tribe Members (Approximately 40,000)

3. Where did the wrongdoing occur? Pine Ridge Agency Bureau of Indian Affairs, Pine Ridge Indian Reservation

4. When did the wrongdoing occur?  
   Election Cycle 2020-2022 and Election Cycle 2022-2024-Perhaps many more Election Cycles

5. What exactly did the individual do wrong/how was the wrongdoing committed?

   Currently does not restrict:
   a.) Oglala Sioux Tribe Candidates for BIA 638 CONTRACT Monies Conflict of Interest with Bureau of Indian Affairs Uniformed Commercial Code from Federal Uniformed Commercial Codes:  
   BIA UCC Article 1-General Provisions  
   BIA UCC Article 2-Sales  
   BIA UCC Article 2A-Leases  
   BIA UCC Article 3-Negotiable Instruments  
   BIA UCC Article 4-Bank Deposits and Collections  
   BIA UCC Article 5-Letters of Credit  
   BIA UCC Article 6-Bulk Transfers and Bulk Sales  
   BIA UCC Article 7-Documents of Title  
   BIA UCC Article 8-Investment Securities  
   BIA UCC Article 9-Secured Transactions  
   b.) Oglala Sioux Tribe Candidates for BIA 638 CONTRACT Monies Conflict of Interest with Oglala Sioux Tribe Uniformed Commercial Code from Federal Uniformed Commercial Codes:  
   OST UCC Article 1-General Provisions  
   OST UCC Article 2-Sales



       OST UCC Article 2A-Leases
       OST UCC Article 3-Negotiable Instruments
       OST UCC Article 4-Bank Deposits and Collections
       OST UCC Article 5-Letters of Credit
       OST UCC Article 6-Bulk Transfers and Bulk Sales
       OST UCC Article 7-Documents of Title
       OST UCC Article 8-Investment Securities
       OST UCC Article 9-Secured Transactions

    c.) Conflict of Interest and OST Tribal Trust Land Leases BIA UCC Article 2A-Leases AND OST UCC Article 2A-Leases

    d.) OST Economic Development Conflicts of Interest for Close Relatives who own BIA 638 Federally Funded Business Contracts Lands and must be made Public and Recuse self from Votes

    e.) OST Land Committee Conflict of Interest for Close Relatives who are Ranchers/Farmers and/or Business Owner who Lease Oglala Sioux Tribe Trust Lands and must be made Public and Recuse self from Votes

    f.) Digital Accountability Transparency Act of 2014 (DATA ACT) is not be adhered to by the Oglala Sioux Tribe Financial Accountability Office-Robert Palmier, nor the Oglala Sioux Tribe Treasurer-Mason Big Crow, nor the Bureau of Indian Affairs Procurement Office-Dean Patton, nor the Bureau of Indian Affairs Realty Office at Pine Ridge Agency. These deliberate actions lead to Service-Disabled Veteran Owned Small Businesses (SDVOSB) and Veteran Owned Small Businesses (VOSB) to be bottlenecked and NO Entry into Small Businesses.

6. What was the effect of the wrongdoing?

Only Particular Families closely Related to Loren "Big Bat" Pourier have flourished with Secret Land Accumulation of Oglala Sioux Tribe Trust Lands in Illegal exchanges in the Pine Ridge Agency Bureau of Indian Affairs, only allowing Prime Locations with Prime Businesses ONLY owned by Pouriers, Carlows and Steeles in Oglala County of the Pine Ridge Indian Reservation. There are approximately 30 Key Players.

7. Do you have firsthand knowledge of the wrongdoing? Yes, I have asked for 48 Peaceful Protest Licenses so that the Oglala Sioux Tribe Veterans can be at EACH Voting Place and at the Oglala Sioux Tribe Building so that FAIR VOTING PRACTICES ARE done.

8. Who else might be aware of this wrongdoing and how does the individual know?
Most of the Oglala Sioux Tribe Members are aware of this wrongdoing but did not have an avenue of submitting Complaints because the Complaints that have been submitted to the Oglala Sioux Tribe Council have been "Dismissed". So, it is more of "DICTATORS" ruling system, rather than a Democracy because they take in ALL FEDERAL MONIES and share Federal Trust Lands with each other and 99% of the Oglala Sioux Tribe Members suffer.



9. What do you believe would be an acceptable remedy to your concerns?

   a.) Implement these Notices to the Oglala Sioux Tribe Elected Position Candidates.
   b.) Have those with Merit, the Oglala Sioux Tribe Veterans, make sure that Votes are Processed in the Correct Manner. This will lead to 10 Blind Methods and Votes will not be Compromised. This will hold Candidates Accountable to the Conflict-of-Interest from Oglala Sioux Tribe Ordinance 20-74 Rules, BIA UCC and OST UCC Articles.
   c.) Allow OFF Reservation Enrolled Oglala Sioux Tribe Members to Vote, either Online, or via Absentee Ballot. Currently, the Oglala Sioux Tribe collects 638 Funds at the Enrolled Rate of 40,000 Oglala Sioux Tribe Members. Of those, only about 20,000 LIVE ON THE Pine Ridge Indian Reservation. Of those, only 8,000 to 10,000 Adults are Eligible to Vote. All of us Oglala Sioux Tribe Members who are over 18 years old should be Eligibe to Vote but about half of the Voting Age Population is squashed because of the location of their residence. We have so much LAND that WE SHOULD ALL HAVE LAND TO LIVE ON AND BENEFIT FROM, but there are some BAD PEOPLE who have broken the 1868 Treaty and have taken our Lands and Future Fruitions away from most of the Oglala Sioux Tribe Members. This leads directly to Poverty, Violence, Health deterioration, Disease and Extermination of our Kind.
   d.) Trust Patents are being uncovered as Illegal and I know first hand that we do HAVE LAND TO LIVE AND PROSPER ON.

Complaint concerning Oglala Sioux Tribe Wounded Knee District voting count. After the voting for tribal council members was completed and posted on November 8 2022 of the OST general election the un-official tally for the Wounded Knee district was as follows. James Adams-149, John Steele-148, Garfield Steele-154 and Dakota Highhawk-127, The community of Rockyford showed 10 challenge votes, The community of Manderson showed 1 challenge vote and the community of Wounded Knee showed challenge votes pending. When the certified vote count was posted the vote count was as follows. James Adams-165, John Steele-169, Garfield Steele-168 and Dakota Highhawk-141. These tallied votes show a difference of 65 votes. When I challenged the count with the election commission I was shown a piece of notebook paper showing the challenge votes as follows, Rockyford community-10, Manderson Cap office-1, Wounded Knee community-9 for a total of 20 challenge votes. Challenge votes are people that voted but were not on the voter list that the poll workers used to verify that the voter is eligible to vote in that district. These totals showed 45 votes that are not accounted for. I challenged the Wounded Knee election based on these numbers and filed my challenge with the election office commissioner Tiny Pouior on the 15th of November and was told they had three(3) days to respond. The election commission was given administrative leave on 16th, 17th and 18th because of icy roads. The deadline for me to file my challenge with OST supreme court was the 21st of November and I needed to have the OST election commissions response from them to do this. I called the election commission the morning of the 21st and was told the they had sent my challenge to their attorney. I filed my challenge with the OST supreme court on the 21st deadline informing them of the election commissions response. The OST supreme court rejected my challenge stating that since I did not have the response from the election commission I could not challenge the vote count. I am claiming election commission fraud as there is 45 votes that are unaccounted for. I have still not received the election commissions required response as of this date(12/02/2022).   James Adams.

*James T. Adams*

Dec. 2, 2022.

1