RECEIVED NOV 17 2022 By dllb @ 4:25pm

James Adams
547 BIA 28
Wounded Knee, SD
57794

17 Nov 2022

Complaint against Oglala Sioux Tribe
                                Election Commission

1.) Wrong doing?
   Challenge Votes for Wounded Knee District were at 11 People. One in Wounded Knee Community and ten in Number 12 Rockyford Community. 65 Total Challenge Votes were finalized.

2.) Why is this wrong? The Oglala Sioux Tribe Election Commission uses the Bureau of Indian Affairs Enrollment Office for "Address" Identification, meaning All off Reservation Enrolled Members can vote illegally.

James T. Adams

(signature)

①

James Adams Election Commission Complaint

Notary Bechi Cedar Face

My commission Expires: 09.04.25

Date 11.17.22



**RECEIPT** No. 060511

DATE 11-21-22

FROM James Adams $ 20.00

Twenty-dollars and 00/100 DOLLARS

○ FOR RENT

☒ FOR ELEC-2022-0012

| ACCT. | |
|---|---|
| PAID | |
| DUE | |

○ CASH
○ CHECK
☒ MONEY ORDER
○ CREDIT CARD

FROM ______ TO ______

BY [signature]

A-1152
T-4161

**RECEIPT** No. 060512

DATE 11-21-22

FROM James Adams $ 20.00

Twenty-dollars and 00/100 DOLLARS

○ FOR RENT

☒ FOR ELEC-2022-0012

| ACCT. | |
|---|---|
| PAID | |
| DUE | |

○ CASH
○ CHECK
☒ MONEY ORDER
○ CREDIT CARD

FROM ______ TO ______

BY [signature]

A-1152
T-4161

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

22-013939620

Walmart

A 524667 D 101522
T 1336 5477
220139396203 L 002579

$ 20.00

[redacted]

PAY EXACTLY TWENTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF OSN Supreme Court. PAYMENT FOR/ACCT. #

547 BFA Z8 Wounded Knee S.D. 57794 (PURCHASER'S ADDRESS)

PURCHASER'S SIGNATURE [signature]
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

⑆102100400⑆ 4022013939620 3⑈

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WesternUnion WU — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

22-013939621

Walmart

A 524667 D 101522
T 1336 5477
220139396212 L 002579

$ 20.00

[redacted]

PAY EXACTLY TWENTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF OSN Supreme Court PAYMENT FOR/ACCT. #

547 BFA 28 Wounded Knee S.D. 57794 (PURCHASER'S ADDRESS)

PURCHASER'S SIGNATURE [signature]
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE

407-5620
827-5262

James Adams

547 BIA 28

Wounded Knee, SD. 57794


RECEIVED NOV 21 2022
Mu @ 2:18 pm
ELEC-2022-0012

21 November 2022

I was informed that my Election Commission Complaint is with an Attorney for review. Today is the last day to file in Oglala Sioux Tribe Court against the Results for Wounded Knee District.

|  | Initial Results | Official Results | Difference | Challenge |
|---|---|---|---|---|
| James Adams | 149 | 165 | 16 | Yes |
| John Steele | 148 | 169 | 21 | Yes |
| Dakota High Hawk | 127 | 141 | 14 | Yes |
| Garfield Steele | 154 | 168 | 14 | Yes |
|  |  |  | 65=45 Extra Votes instead of the 20 for Challenge Votes. |  |

James Adams

Rockyford challenge 10

Manderson Cap.   "    "    1

WK Messiah challenge pending (9).
Total 20

Votes that appeared out of nowhere (45)

[signature]   NOV. 21- 2022

James Adams
547 BIA 28
Wounded Knee, SD
57794

RECEIVED NOV 17 2022 By llub @ 4:25pm

17 Nov 2022

Complaint against Oglala Sioux Tribe Election Commission

1.) Wrong doing?
Challenge Votes for Wounded Knee District were at 11 People; One in Wounded Knee Community and ten in Number 12 Rockyford Community. 65 Total Challenge Votes were finalized.

2.) Why is this wrong? The Oglala Sioux Tribe Election Commission uses the Bureau of Indian Affairs Enrollment Office for "Address" Identification, meaning All off Reservation Enrolled Members can vote illegally.

James T. Adams

(1)

James Adams Election Commission Complaint

Notary Becki Cedar Face

My commission Expires: 09.04.25

Date 11.17.22

②

 Gmail

Melaine Wilson <melainewilson7@gmail.com>

## Email Received

**Hartman, April S** <april_hartman@doioig.gov>  
To: Melaine Wilson <melainewilson7@gmail.com>

Wed, Nov 16, 2022 at 9:08 AM

DOI OIG received your email regarding invocation of the Fort Laramie 1686 Treaty.

*April S. Hartman*  
Investigative Analyst  
Analyst Program Coordinator  
Intake Management Unit



Dr. Melaine Wilson  
547 BIA 28  
Wounded Knee, SD 57794

23 September 2022

U.S. Department of the Interior  
Office of Inspector General  
1849 C Street NW - Mail Stop 4428  
Washington, D.C. 20240

Complaint #20 Oglala Sioux Tribe Election Commission

1. Subject Information: Oglala Sioux Tribe Election Commission Cycle 2020-2022 AND 2022-2024.

2. Victim Information:

   All Enrolled Oglala Sioux Tribe Members (Approximately 40,000)

3. Where did the wrongdoing occur? Pine Ridge Agency Bureau of Indian Affairs, Pine Ridge Indian Reservation

4. When did the wrongdoing occur?  
   Election Cycle 2020-2022 and Election Cycle 2022-2024-Perhaps many more Election Cycles

5. What exactly did the individual do wrong/how was the wrongdoing committed?

   Currently does not restrict:
   a.) Oglala Sioux Tribe Candidates for BIA 638 CONTRACT Monies Conflict of Interest with Bureau of Indian Affairs Uniformed Commercial Code from Federal Uniformed Commercial Codes:  
   BIA UCC Article 1-General Provisions  
   BIA UCC Article 2-Sales  
   BIA UCC Article 2A-Leases  
   BIA UCC Article 3-Negotiable Instruments  
   BIA UCC Article 4-Bank Deposits and Collections  
   BIA UCC Article 5-Letters of Credit  
   BIA UCC Article 6-Bulk Transfers and Bulk Sales  
   BIA UCC Article 7-Documents of Title  
   BIA UCC Article 8-Investment Securities  
   BIA UCC Article 9-Secured Transactions  
   b.) Oglala Sioux Tribe Candidates for BIA 638 CONTRACT Monies Conflict of Interest with Oglala Sioux Tribe Uniformed Commercial Code from Federal Uniformed Commercial Codes:  
   OST UCC Article 1-General Provisions  
   OST UCC Article 2-Sales

1



       OST UCC Article 2A-Leases
       OST UCC Article 3-Negotiable Instruments
       OST UCC Article 4-Bank Deposits and Collections
       OST UCC Article 5-Letters of Credit
       OST UCC Article 6-Bulk Transfers and Bulk Sales
       OST UCC Article 7-Documents of Title
       OST UCC Article 8-Investment Securities
       OST UCC Article 9-Secured Transactions

c.) Conflict of Interest and OST Tribal Trust Land Leases BIA UCC Article 2A-Leases AND OST UCC Article 2A-Leases

d.) OST Economic Development Conflicts of Interest for Close Relatives who own BIA 638 Federally Funded Business Contracts Lands and must be made Public and Recuse self from Votes

e.) OST Land Committee Conflict of Interest for Close Relatives who are Ranchers/Farmers and/or Business Owner who Lease Oglala Sioux Tribe Trust Lands and must be made Public and Recuse self from Votes

f.) Digital Accountability Transparency Act of 2014 (DATA ACT) is not be adhered to by the Oglala Sioux Tribe Financial Accountability Office-Robert Palmier, nor the Oglala Sioux Tribe Treasurer-Mason Big Crow, nor the Bureau of Indian Affairs Procurement Office-Dean Patton, nor the Bureau of Indian Affairs Realty Office at Pine Ridge Agency. These deliberate actions lead to Service-Disabled Veteran Owned Small Businesses (SDVOSB) and Veteran Owned Small Businesses (VOSB) to be bottlenecked and NO Entry into Small Businesses.

6. What was the effect of the wrongdoing?

Only Particular Families closely Related to Loren "Big Bat" Pourier have flourished with Secret Land Accumulation of Oglala Sioux Tribe Trust Lands in Illegal exchanges in the Pine Ridge Agency Bureau of Indian Affairs, only allowing Prime Locations with Prime Businesses ONLY owned by Pouriers, Carlows and Steeles in Oglala County of the Pine Ridge Indian Reservation. There are approximately 30 Key Players.

7. Do you have firsthand knowledge of the wrongdoing? Yes, I have asked for 48 Peaceful Protest Licenses so that the Oglala Sioux Tribe Veterans can be at EACH Voting Place and at the Oglala Sioux Tribe Building so that FAIR VOTING PRACTICES ARE done.

8. Who else might be aware of this wrongdoing and how does the individual know?
Most of the Oglala Sioux Tribe Members are aware of this wrongdoing but did not have an avenue of submitting Complaints because the Complaints that have been submitted to the Oglala Sioux Tribe Council have been "Dismissed". So, it is more of "DICTATORS" ruling system, rather than a Democracy because they take in ALL FEDERAL MONIES and share Federal Trust Lands with each other and 99% of the Oglala Sioux Tribe Members suffer.



9. What do you believe would be an acceptable remedy to your concerns?

   a.) Implement these Notices to the Oglala Sioux Tribe Elected Position Candidates.
   b.) Have those with Merit, the Oglala Sioux Tribe Veterans, make sure that Votes are Processed in the Correct Manner. This will lead to 10 Blind Methods and Votes will not be Compromised. This will hold Candidates Accountable to the Conflict-of-Interest from Oglala Sioux Tribe Ordinance 20-74 Rules, BIA UCC and OST UCC Articles.
   c.) Allow OFF Reservation Enrolled Oglala Sioux Tribe Members to Vote, either Online, or via Absentee Ballot. Currently, the Oglala Sioux Tribe collects 638 Funds at the Enrolled Rate of 40,000 Oglala Sioux Tribe Members. Of those, only about 20,000 LIVE ON THE Pine Ridge Indian Reservation. Of those, only 8,000 to 10,000 Adults are Eligible to Vote. All of us Oglala Sioux Tribe Members who are over 18 years old should be Eligibe to Vote but about half of the Voting Age Population is squashed because of the location of their residence. We have so much LAND that WE SHOULD ALL HAVE LAND TO LIVE ON AND BENEFIT FROM, but there are some BAD PEOPLE who have broken the 1868 Treaty and have taken our Lands and Future Fruitions away from most of the Oglala Sioux Tribe Members. This leads directly to Poverty, Violence, Health deterioration, Disease and Extermination of our Kind.
   d.) Trust Patents are being uncovered as Illegal and I know first hand that we do HAVE LAND TO LIVE AND PROSPER ON.

Intellectual Property AND Property Lien against:

Oglala Sioux Tribe Election Committee $55 Billion

AND Government Accountability Office

AND Department of Interior

AND Bureau of Indian Affairs

State of South Dakota

Counties of Oglala, Jackson, and Bennett

Notice is hereby given that on March 18, 1969, Melaine R. Wilson, of 547 BIA 28 Wounded Knee, South Dakota 57794, an Enrolled Oglala Lakota, commenced being Oglala Lakota in the County of Oglala, formerly Shannon County. Federal Monies, to include GAO 638 Contract Federal Funds, should be available for Reconciliation Accountability for the Enrolled Oglala Sioux Tribal Members (Approximately 40,000 People) as to how different colors of monies (Services, Construction, Supply, Research) are being used in their 54 Communities across the Pine Ridge Indian Reservation plus the 55th Community of Off Reservation Enrolled Oglala Lakota's. At this time, Enrolled Oglala Sioux Tribe Members do not have access to Financial Information (638 GAO Contract Funds Appropriated by United States Congress of the American Tax Payer Money and their Tribal Official Ethics Conflict of Interest Business Ownings breaking the Hatch Act) and Travel Information using Federal Vehicles and Federal Dollars on Oglala Sioux Tribe Council Members.

This Intellectual Property Lien and Property Lien is to include the following: Oglala Sioux Tribe 638 General Accountability Office Contract Fund Election Committee POSITIONS and Possessions. I Request GAO to Freeze all 638 GAO Contract Election Committee Funds, until all Election Committee Members are cleared by the FBI and GAO and DOI from conducting Bad Business Practices with the 638 GAO Contract Funds that were meant to help ALL Oglalas by not following up with their OST Ordinances, such as Home Address Verification. I have found one OST Council Member that has 6 Off Reservation Addresses that are Active.

Problem:

Oglala Sioux Tribe Council collectively has allowed Oglala Sioux Tribe Council Members to be from out of District and in some cases, out of State and still be an OST Council Member. Some OST Council Members have their residences in other Districts other than the one they Represent. Calculated moves.

Problem:

The Oglala Sioux Tribe Election Committee has several OST Council Members who are using the Committee POSITIONS for their own Personal Businesses, and only their own. Hemp and Cannabis Business License Complaints to follow.

1

Claimant:

_Melaine R. Wilson_  Date: _11 May 2022_

Melaine R. Wilson, M.A.(Dr.), M.A.

Response required by Federal Law per the Standard Form 95 is 42 Calendar Days from receipt of Claimants Lien. This date will be the date this package was hand delivered to the Oglala Sioux Tribe Secretary's Office.

**(Attachment A)**

Dr. Melaine R. Wilson, Claimant, being first duly sworn on oath according to law, deposes and says:

I have read the foregoing Intellectual Property Lien and Property Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

Oglala Sioux Tribe Election Committee ALL POSITIONS for 55 Communities @ $55 Billion

Total  All POSITIONS                =$55 Billion

3

Release of Claims:

I, Dr. Melaine R. Wilson, will provide a Release of Claims for each POSITION as I complete my Local Market Analysis to help the Oglala Sioux Tribe United States Veterans get a fair start at Business Building. Most First Term Oglala Sioux Tribe Council Members have not broken the Hatch Act of 1939 nor Department of Interior Order 1912 and do not serve in Both Positions of Gate Keeper and Recipient. There is a question of being on the Board of Directors (BOD's) for Oglala Lakota Housing (and other BOD's), but that is to be answered by the Office of Inspector General, Contract Law {Request date of 14 June 2022 cob to melainewilson7@gmail.com and Attachment }.

_Melaine R. Wilson_  Date: _11 May 2022_

Melaine R. Wilson, M.A.{Dr.}, M.A

547 BIA 28

Wounded Knee, South Dakota 57794

605-890-3510

Subscribed and sworn to before on this _11th_ day of _May_, 20_22_.

_Bechi Cedar Face_

Notary Public

State of South Dakota

My Commission Expires: _09.04.25_

4

**(Attachment B)**

Receipt Date by Oglala Sioux Tribe Secretary's Office:

_Melaine Wilson_      _11 May 2022_

Printed Name of Courier     Date

_Hand Delivered_     _11 May 2022_

Oglala Sioux Tribe Secretary's Office Representative     Date

**Attachment C**

United States Government Accountability Office

441 G St., NW

Washington, DC 20548

(202) 512-3000

contact@gao.gov


Department of Interior

Secretary Haaland

1849 C Street, N.W.

Washington DC 20240

(202) 208-3100


Bureau of Indian Affairs

Department of the Interior

1849 C Street, N.W.

MS-4606

Washington, D.C. 20240

Telephone: (202) 208-5116


Oglala Sioux Tribe

Secretary's Office

Stacy Two Lance

P.O. Box 2070

Pine Ridge, S.D. 57770

Courtesy Copy Sent To:

Secretary of Defense Inspector General

1000 Defense Pentagon

Washington, DC 20301

Phone: 800-424-9098


Federal Bureau of Investigation

Rapid City South Dakota FBI Office

909 West Saint Joseph Street, 400

Rapid, South Dakota, 57701

605-343-6932


Abernathy Law Office

Rex Abernathy Attorney

9982 Commerce St.

Summerville, GA 30747

rexabernathylaw@gmail.com

Office: (706) 808-0331

Fax: (706) 808-0472


The Claimant's original contract amount, including extras, totals $55 Billion. To date, the Claimant has received payment in the amount of $0.00 leaving a remaining balance of $55 Billion. For this reason, the Claimant claims an Intellectual Property Lien on 21 Oglala Sioux Tribal Election Committee Member POSITIONS of $55 Billion upon the Pine Ridge Indian Reservation Oglala Sioux Tribe Council, Department of Interior-Bureau of Indian Affairs, Government Accounting Office, Oglala Sioux Tribe Finance Accounting Office on behalf of the Enrolled Oglala Sioux Tribal Members.

7

# OGLALA SIOUX TRIBE
## GENERAL ELECTION
November 8, 2022




**OFFICIAL**

| | EAGLE NEST | OGLALA | PASS CREEK | PINE RIDGE | PORCUPINE | WAKPAMNI | WOUNDED KNEE | MEDICINE ROOT | LACREEK | TOTALS | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRESIDENT - VOTE FOR 1** | | | | | | | | | | | |
| KEVIN KILLER | 115 | 153 | 111 | 234 | 178 | 225 | 158 | 225 | 150 | 1549 | 41.96% |
| FRANK STAR COMES OUT | 136 | 338 | 165 | 347 | 282 | 373 | 207 | 220 | 75 | 2143 | 58.04% |
| | | | | | | | | | | | 100.00% |
| **EAGLE NEST DISTRICT TRIBAL COUNCIL - VOTE FOR 2** | | | | | | | | | | | |
| JIM MEEKS | 130 | | | | | | | | | 130 | 28.38% |
| H. DUANE YELLOW HAWK | 125 | | | | | | | | | 125 | 27.29% |
| WESLEY HAWKINS | 128 | | | | | | | | | 128 | 27.95% |
| MARILYN CHARGING CROW | 75 | | | | | | | | | 75 | 16.38% |
| | | | | | | | | | | | 100.00% |
| **OGLALA DISTRICT TRIBAL COUNCIL - VOTE FOR 2** | | | | | | | | | | | |
| TYLER YELLOW BOY | | 230 | | | | | | | | 230 | 25.90% |
| WENDELL YOUNGMAN JR. | | 231 | | | | | | | | 231 | 26.01% |
| VALERIE JANIS | | 209 | | | | | | | | 209 | 23.54% |
| JASON "JAKE" LITTLE | | 218 | | | | | | | | 218 | 24.55% |
| | | | | | | | | | | | 100.00% |
| **PASS CREEK DISTRICT TRIBAL COUNCIL - VOTE FOR 2** | | | | | | | | | | | |
| CONSUELO MEANS | | | 123 | | | | | | | 123 | 24.17% |
| JAMES CROSS | | | 137 | | | | | | | 137 | 26.92% |
| ANNA HALVERSON | | | 142 | | | | | | | 142 | 27.90% |
| LYDIA BEAR KILLER | | | 107 | | | | | | | 107 | 21.02% |
| | | | | | | | | | | | 100.00% |
| **PINE RIDGE VILLAGE TRIBAL COUNCIL - VOTE FOR 3** | | | | | | | | | | | |
| GEORGE DREAMER JR. | | | | 320 | | | | | | 320 | 20.34% |
| ROBIN L. TAPIO | | | | 284 | | | | | | 284 | 18.05% |
| ELLA "JOHN" CARLOW | | | | 274 | | | | | | 274 | 17.42% |
| JULIANN SPOTTED BEAR | | | | 269 | | | | | | 269 | 17.10% |
| LUCY BACKWARD | | | | 200 | | | | | | 200 | 12.71% |
| RICHARD "DJ" BREWER | | | | 226 | | | | | | 226 | 14.37% |
| | | | | | | | | | | | 100.00% |
| **PORCUPINE DISTRICT TRIBAL COUNCIL - VOTE FOR 2** | | | | | | | | | | | |
| TYLER LUNDERMAN | | | | | 270 | | | | | 270 | 31.54% |
| DAVID POURIER | | | | | 234 | | | | | 234 | 27.34% |
| MARGARET ROSS | | | | | 201 | | | | | 201 | 23.48% |
| PHILIP GOOD CROW | | | | | 151 | | | | | 151 | 17.64% |
| | | | | | | | | | | | 100.00% |

WAKPAMNI DISTRICT TRIBAL COUNCIL - VOTE FOR 2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL CARLOW JR. | | | | | 236 | | | | 236 | 14.78% |
| DONROY "CUBBY" GHOST BEAR | | | | | 294 | | | | 294 | 18.41% |
| MARCUS PALMIER | | | | | 211 | | | | 211 | 13.21% |
| GENEVIEVE RIBITSCH | | | | | 204 | | | | 204 | 12.77% |
| | | | | | | | | | | 100.00% |

**WOUNDED KNEE DISTRICT TRIBAL COUNCIL - VOTE FOR 2**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GARFIELD STEELE | | | | | 168 | | | | 168 | 26.13% |
| JOHN STEELE SR. | | | | | 169 | | | | 169 | 26.28% |
| DAKOTA HIGH HAWK | | | | | 141 | | | | 141 | 21.93% |
| JAMES T. ADAMS | | | | | 165 | | | | 165 | 25.66% |
| | | | | | | | | | | 100.00% |

**MEDICINE ROOT DISTRICT TRIBAL COUNCIL - VOTE FOR 3**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOWARD ROOKS | | | | | | | 235 | | 235 | 18.86% |
| AUSTIN WATKINS SR. | | | | | | | 211 | | 211 | 16.93% |
| BRYAN HOPKINS | | | | | | | 93 | | 93 | 7.46% |
| GERALD M. COURNOYER JR. | | | | | | | 198 | | 198 | 15.89% |
| STANLEY LITTLE WHITEMAN | | | | | | | 203 | | 203 | 16.29% |
| RYAN JUMPING EAGLE | | | | | | | 306 | | 306 | 24.56% |
| | | | | | | | | | | 100.00% |

**LACREEK DISTRICT TRIBAL COUNCIL - VOTE FOR 2**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CORA WHITE HORSE | | | | | | | | 102 | 102 | 24.40% |
| NORMAN STANDING SOLDIER | | | | | | | | 97 | 97 | 23.21% |
| COLENE BALD EAGLE | | | | | | | | 88 | 88 | 21.05% |
| CRAIG DILLON | | | | | | | | 131 | 131 | 31.34% |
| | | | | | | | | | | 100.00% |

**CHIEF JUDGE DAVID M. DILLON**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | 176 | 325 | 164 | 364 | 303 | 358 | 204 | 277 | 151 | 2322 | 67.78% |
| NO | 67 | 143 | 92 | 186 | 138 | 170 | 138 | 134 | 36 | 1104 | 32.22% |
| | | | | | | | | | | | 100.00% |
| Total Ballots Counted | 239 | 458 | 250 | 526 | 442 | 555 | 330 | 419 | 203 | 3422 | |
| Challenge | 18 | 37 | 30 | 75 | 30 | 58 | 37 | 37 | 31 | 353 | |

### CERTIFICATION

We, the undersigned election officials of the Oglala Sioux Tribe, do hereby certify the above to be a true and accurate representation of the votes cast for the General Election held on Tuesday, November 8, 2022.

_[signature]_     11-16-2022

_[signature]_     11.16.22

Dorothy Brown Bear     11/16/22