# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Melaine R. Wilson )
     Plaintiff )
 )
vs. )
 )
Oglala Sioux Tribe Election Commission )   Case No. 5:22-cv-5095
P.O. Box 2070 )
Pine Ridge, SD 57770 )
 )
     Defendant(s) )

## MOTION FOR APPOINTMENT OF COUNSEL
## AND AFFIDAVIT IN SUPPORT

  I, Melaine R. Wilson, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

1. I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

2. Because of my poverty I am unable to pay a reasonable attorney fee.

3. I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. The attorneys I contacted are:
   a. Russell Barsh-No Response
   b. Tate Means-No Response
   c. Kinder and Peeples-No Response
   d. Native American Rights Fund-No Resources

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2 December, 2022.

_____
Signature of Plaintiff

DSD 12-12