

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

## PRO SE LITIGANT REGISTRATION FORM FOR ELECTRONIC NOTICE

This registration form is intended for non-prisoner pro se litigants who want to receive electronic notice when documents are filed in their pending case(s) in U.S. District Court in the District of South Dakota.

The U.S. District Court for the District of South Dakota utilizes an electronic filing system called Case Management/Electronic Case Files (CM/ECF) system to store electronic civil and criminal case files. If you are a non-prisoner pro se litigant who wants to receive electronic notice of documents filed in your case(s) in CM/ECF, please read and complete this registration form and submit it to the Clerk's Office at the address indicated on the bottom of the form. By signing and returning this form, you agree to abide by all its terms and conditions. Anyone who submits this form is considered a registered CM/ECF user in accordance with Federal Rule of Civil Procedure 5(b).

### REQUIRED INFORMATION

First/Middle/Last Name: **Melaine Rose Wilson**

Name and Number of Pending Cases: **3 - S.3103 - Tribal Trust Lands**

Address: **547 BIA 28, Wounded Knee, S.D. 57794**

Telephone Number: **605-867-6990**

Primary Email Address for Electronic Notice: **melainewilson7@gmail.com**

Secondary Email Addresses for Electronic Notice: **melaine_wilson@hotmail.com**

## TERMS AND CONDITIONS

- This registration form only pertains to U.S. District Court in the District of South Dakota.

- I consent to service of court orders, judgments, pleadings, and other papers filed in my case(s) by electronic means in accordance with the provisions of Federal Rule of Civil Procedure 5(b), Federal Rule of Civil Procedure 77(d), and Federal Rule of Criminal Procedure 49(c).

- I agree to receive a Notice of Electronic Filing (NEF) email whenever a document is filed in one of my case(s). I understand I will have one opportunity to view the document for free by clicking *once* on the document number hyperlink contained in the NEF. After that, I understand I will be charged an applicable PACER access fee for viewing the document.

- I understand I must register for a PACER account through the PACER Service Center website at www.pacer.uscourts.gov or at 1-800-676-6856. A PACER account may be necessary to view certain documents and information entered in CM/ECF.

- I understand I must notify the Clerk's Office anytime there is a change to my primary and/or secondary email addresses for receiving electronic notice in this court. I also understand my mail boxes must be configured to accept delivery of electronic notice from the CM/ECF system at all times. I understand the Clerk's Office will make an attempt to resend bounced or failed emails but will not be held responsible for NEFs that fail to reach me because of such failures.

- Unrestricted documents, docket sheets, and other information filed in any U.S. District Court are available for viewing through PACER at www.pacer.uscourts.gov. Applicable PACER access fees apply. Unrestricted documents, docket sheets, and other information filed in U.S. District Court in the District of South Dakota are also available for viewing for free at the public access terminals located in the Clerk's Offices in Sioux Falls, Rapid City, and Pierre.

- I consent to entry of my primary and secondary email addresses into this court's mass emailing system.

- By contacting the Clerk's Office, I may request termination of electronic notice at any time.

_Melaine R. Wilson_  
Pro Se Litigant's Signature

_2 Dec 2022_  
Date

Please Mail Original Form To:   Clerk's Office, U.S. District Court
District of South Dakota
400 South Phillips Ave., Room 128
Sioux Falls, SD 57104

2