UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MELAINE WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OGLALA SIOUX TRIBE ELECTION COMMISSION,<br><br>    Defendant. | 5:22-CV-05095-RAL<br><br>ORDER REASSIGNING CASE |

Plaintiff Melanie Wilson has filed multiple cases of somewhat similar natures in the Western Division of the District of South Dakota including the above-captioned case. To advance the interests of judicial economy by having all cases Ms. Wilson has filed assigned to a single judge, it is

ORDERED that the above-captioned case is reassigned to the Honorable Lawrence L. Piersol, Senior Judge for the District of South Dakota, for all further proceedings.

DATED this 17th day of May, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE