UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

*****************************************************************

| | | |
|---|---|---|
| MELAINE WILSON, | * | CIV 22-5095 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| OGLALA SIOUX TRIBE, ELECTION COMMISSION, | * | |
| Defendant. | * | |

*****************************************************************

In accordance with the Memorandum Opinion and Order filed with the Clerk on this date,

IT IS ORDERED, ADJUDGED and DECREED that this action is dismissed without prejudice.

Dated this 13th day of June, 2023.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____